<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 99-2339**

---

SHAZADI MALIK,

                             Plaintiff - Appellant,

    versus

WILLIAM J. HENDERSON, Postmaster General,

                             Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-98-1728-A)

---

Submitted:  May 31, 2000        Decided:  September 14, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Raymond William Konan, R.W. KONAN & ASSOCIATES, Falls Church, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Gary K. Springstead, Assistant United States Attorney, Alexandria, Virginia; R. Andrew German, Managing Counsel, Stephan J. Boardman, UNITED STATES POSTAL SERVICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shazadi Malik appeals the district court's order granting the Defendant's motion for summary judgment on her complaint alleging national origin discrimination and retaliation. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Malik v. Henderson, No. CA-98-1728-A (E.D. Va. Sept. 7, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on September 3, 1999, the district court's records show that it was entered on the docket sheet on September 7, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).